UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
     Plaintiff,

vs.

                                Case No: 25-cv-20125-CMA

GRST SOMI INVESTORS, LLC and
NOE USA LLC,
     Defendants.

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. As such, the Plaintiff requests that all pending case deadlines be stayed for 30 days to allow the Parties to finalize their settlement documents and file appropriate dismissal papers.

     Respectfully submitted,

/s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561-573-2106
GGoldstein@G2Legal.net