UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
     Plaintiff,

vs.

GRST SOMI INVESTORS, LLC and
NOE USA LLC,
     Defendants.

Case No: 25-cv-20125-CMA

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, AMIN LAKHANI, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendant, GRST SOMI INVESTORS, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net