UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20125-CIV-ALTONAGA/Reid

AMIN LAKHANI,

     Plaintiff,

v.

GRST SOMI INVESTORS, LLC; *et al.*,

     Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement in Principle [ECF No. 15], filed on February 3, 2025. The Court having carefully reviewed the file, and being otherwise fully advised, it is

ORDERED AND ADJUDGED as follows:

1. The above-styled action is administratively CLOSED without prejudice to the parties to file a stipulation for dismissal within sixty (60) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case within sixty days of the date of this Order.

3. The Clerk shall CLOSE this case for administrative purposes only. Any pending motions are DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this 3rd day of February, 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record