UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
      Plaintiff,

vs.

GRST SOMI INVESTORS, LLC, and
NOE USA LLC,
      Defendants.

Case No.: 24-cv-20125-CMA

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, NOE USA LLC

Plaintiff, AMIN LAKHANI, by and through undersigned counsel, hereby dismisses this matter with prejudice against the Defendant, NOE USA LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net